Case 3:20-cv-01939-GPC-BGS   Document 16   Filed 07/27/22   PageID.255   Page 1 of 1



# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julissa Cota, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Things Remembered, Inc., a Delaware corporation; Does 1 to 10, inclusive<br><br>**Defendant.** | Civil Action No.  20-cv-01939-GPC-BGS<br><br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court grants Plaintiff's motion for default judgment on the ADA and Unruh Civil Rights Act causes of action. The Court grants Plaintiff's request for a permanent injunction and orders that Defendant "modify the website to achieve substantial conformance with WCAG 2.1 Level AA within twenty-four (24) months" of the entry of judgment and to "adopt and implement a website accessibility policy" that ensures that any changes or additions to the website will substantially conform with WCAG 2.1 within one hundred eighty (180) days of the entry of judgment.

The Court also grants Plaintiff's request for statutory damages of $4,000 and denies the request for attorney's fees. The Court further grants Plaintiff's request for costs in the amount of $405.00 and DENIES the remainder of costs related to expert reports as unsupported.

Date:       7/27/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ J. Mueller

J. Mueller, Deputy